IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17–12–M–DLC–3 |
| Plaintiff, | |
| vs. | ORDER |
| DARCY LEE SEGAL, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on August 10, 2017. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Darcy Lee Segal's guilty plea after Segal appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of wire fraud in violation of 18 U.S.C.

§ 1343 (Count 9) and one count of aggravated identity theft in violation of 18 U.S.C. § 1028A(a)(1) (Count 19), as set forth in the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Count 1 of the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 100), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Darcy Lee Segal's motion to change plea (Doc. 71) is GRANTED and Darcy Lee Segal is adjudged guilty as charged in Counts 9 and 19 of the Indictment.

DATED this 25th day of August, 2017.

Dana L. Christensen, Chief District Judge
United States District Court