
FILED
NOV 13 2017
Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17–12–M–DLC–3 |
| Plaintiff, | |
| vs. | ORDER |
| DARCY LEE SEGAL, | |
| Defendant. | |

On November 8, 2017, Defendant Darcy Lee Segal ("Segal") filed a Motion to Produce Information on Cooperating Witnesses. (Doc. 135.) Segal, through counsel, moves the Court to compel the Government to produce information relating to her co-defendant, Nathan Alan Swenson, who is expected to testify at Segal's sentencing hearing. The Government opposes the motion in part.

Sentencing in this case is set for November 17, 2017. Due to time constraints, the Government shall respond to Segal's motion (Doc. 135) by 12:00 p.m. on November 14, 2017. Once the matter is fully briefed, the Court will take the motion under advisement.

Dated this 13th day of November, 2017.

Dana L. Christensen, Chief Judge
United States District Court